THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 City of
 Columbia, Respondent,
 
 
 

v.

 
 
 
 Luella Bolton, Appellant.
 
 
 

Appeal From Richland County
 C. Tolbert Goolsby, Jr., Acting Circuit
Court Judge

Unpublished Opinion No. 2012-UP-065   
 Submitted January 3, 2012  Filed February
8, 2012

AFFIRMED

 
 
 
 Luella Bolton, pro se, of Hopkins.
 Constance D. Holloway, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Luella Bolton appeals the order of the circuit court
 affirming her appeal from the municipal court.  She argues the circuit court
 erred in finding evidence supported her conviction for failing to have an
 infant in a child passenger restraint seat.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: City of Rock
 Hill v. Suchenski, 374 S.C. 12, 15, 646 S.E.2d 879, 880 (2007) ("In
 criminal appeals from municipal court, the circuit court does not conduct a de
 novo review. . . .  [An] appellate court reviews errors of law
 only." (citations omitted)).
AFFIRMED.
HUFF, PIEPER, and LOCKEMY,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.